UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>   Petitioner,<br><br>   v.<br><br>RON RACKLEY, Warden,<br><br>   Respondent. | No. 2:17-cv-0162 AC P<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.[1]

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner shall, within thirty days from the date of this order, submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

---

[1] Petitioner has informed the court that he intends to pay the filing fee.  See ECF No. 2.  Pursuant to this order, petitioner is accorded the option of paying the filing fee or submitting an application to proceed in forma pauperis.

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: February 6, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE